**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DESIGNLIBRO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Civil Action No. 1:26-cv-11673<br><br>Hon. Rebecca R. Pallmeyer<br><br>JURY TRIAL DEMANDED |

**MOTION TO DIRECT THE CLERK'S OFFICE TO ISSUE SUMMONS FOR EACH DEFENDANT IDENTIFIED IN SCHEDULE "A"**

Plaintiff Designlibro Inc. ("Designlibro" or "Plaintiff") Motion (Dkt. 14) moves for an order directing the Clerk to issue summons for each defendant (*see* Dkt. 15-19). On October 15, 2026. the Clerk's Office refused to do so absent order of this Court (*see* Dkt. entry October 15, 2026).

Date: October 20, 2026

Respectfully submitted,

RIMON, P.C.

*/s/ Eric C. Cohen*

Eric C. Cohen
Telephone: (984) 960-2860
RIMON P.C.
875 N. Michigan Ave., Suite 3100
Chicago, IL 60611
eric.cohen@rimonlaw.com

Jason Xu
1050 Connecticut Ave. NW, Suite 500
Washington, D.C. 20036
(202) 470-2141
jason.xu@rimonlaw.com

*Attorneys for Plaintiff Designlibro Inc.*