**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DESIGNLIBRO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Civil Action No. 1:26-cv-11673<br><br>Hon. Rebecca R. Pallmeyer<br><br>JURY TRIAL DEMANDED |

**ORDER EXTENDING TRO AND DIRECTING THE CLERK'S OFFICE TO ISSUE SUMMONS FOR EACH DEFENDANT IDENTIFIED IN SCHEDULE "A"**

This cause is before the Court on Plaintiff Designlibro Inc. ("Designlibro" or "Plaintiff") motions (a) to extend the Temporary Restraining Order (Dkt. 12) and for a preliminary injunction (Dkt. 14), and (b) Plaintiff's motion to direct the Clerk's Office to issue summons for each Defendant (Dkt. 21).

This Court has reviewed the motion papers for Dkt. 14 and has determined that Plaintiff has met the requirements for an extension of the TRO. This Court thus extends the TRO for fourteen days to and including November 2, 2026.

This Court treats Plaintiff's motion for a TRO (Dkt. 6, Dkt. 7) as a motion for a preliminary injunction. Defendants are ordered to respond to Plaintiff's motion for a preliminary injunction (Dkt. 14) by no later than October 30, 2026, and Plaintiffs are ordered to file a reply to any opposition by November 2, 2026. Should any defendant consent to an extension of the TRO, this Court will extend the time for responding to Plaintiff's motion for a preliminary injunction.

This Court Orders that the Clerks Office issue the summons Plaintiffs previously filed (Dkt. Nos. 15-19).

Dated this 22nd day of October , 2026

United States District Judge
Hon. Rebecca R. Pallmeyer