**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DESIGNLIBRO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-11673 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS JFH USA AND SHENZHENSHIDAPUJISHUYOUXIANGONGSI'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants JFH USA and Shenzhenshidapujishuyouxiangongsi ("Defendants"), by and through undersigned counsel, respectfully move for an extension of time to answer or otherwise respond to the Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and state as follows:

1. Plaintiff purported to serve Defendants by email on October 23, 2026. Based on that date, Defendants' response deadline is November 13, 2026.

2. The parties are currently engaged in settlement discussions and need additional time to finalize a potential settlement.

3. Plaintiff's counsel has agreed to a two-week extension of Defendants' time to answer or otherwise respond to the Complaint.

4. Because November 27, 2026 falls on a day the Court is closed, *see* N.D. Ill. General Order 25-0001 (2026 Holiday Closures), Defendants request an extension through Monday, November 30, 2026.

5. This Motion is brought in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

6. This Motion does not waive any rights, defenses, or objections, including objections to service of process, personal jurisdiction, or any other defenses available under Rule 12.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and extend their deadline to answer or otherwise respond to the Complaint to November 30, 2026.

Dated: November 13, 2026

Respectfully submitted,

/s/ Jian Wang______________

Jian Wang
The Law Office of X. Lyu, PLLC
36-36 Prince Street, Suite 309A
Flushing, NY 11354
Tel.: (347) 966-1976
Email: jwang@lyulawpllc.com

*Counsel for Defendants JFH USA and Shenzhenshidapujishuyouxiangongsi*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing Motion with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jian Wang__________
Jian Wang