**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DESIGNLIBRO INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Civil Action No. 1:26-cv-11673<br><br>Hon. Rebecca R. Pallmeyer<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff Designlibro Inc. ("Designlibro" or "Plaintiff") and Defendants Jindeal / shen zhen shi xin rui xiang ke ji you xian gong si (Defendant No. 2) and SAMANIJA / shenzhenshiyuchengkejiyouxiangongsi (Defendant No. 3) (collectively "Defendants") move to enter the consent judgment and permanent injunction in the form attached as Exhibit A. A Word version of the Consent Judgment has been emailed to the Court pursuant to the Court's standing order.

November 23, 2026

Respectfully submitted,

RIMON, P.C.

*/s/ Eric C. Cohen*

Eric C. Cohen
Telephone: (984) 960-2860
RIMON P.C.
875 N. Michigan Ave., Suite 3100
Chicago, IL 60611
eric.cohen@rimonlaw.com

Jason Xu
1050 Connecticut Ave. NW, Suite 500
Washington, D.C. 20036
(202) 470-2141
jason.xu@rimonlaw.com

*Attorneys for Plaintiff Designlibro Inc.*

CERTIFICATE OF SERVICE

I certify that the foregoing document was served on Defaulting Defendants on November 23, 2026, through filing the document with the Court's ECF system, and through service on Defaulting Defendants via email in accordance with this Court's Order granting alternative electronic service (Dkt. 12).

/s/Eric C. Cohen